NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE SIMPSON STRONG-TIE COMPANY INC., SIMPSON MANUFACTURING CO., INC. SFI OF TENNESSEE, LLC AND ASSOCIATED TRUSS & LUMBER CO.,**
*Petitioners.*

---

Miscellaneous Docket No. 970

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in consolidated case nos. 09-CV-0337 and 10-CV-0082, Magistrate Judge Charles Everingham, IV.

---

**ON PETITION FOR WRIT OF MANDAMUS**

---

**ORDER**

The petitioners submit a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its September 30, 2010 order denying a motion to sever and transfer, to direct the district court to sever the claims against Associated Truss & Lumber Co., and to direct transfer of the claims against

Simpson Strong-Tie Company Inc., Simpson Manufacturing Co., Inc. and SFI of Tennessee, LLC to the United States District Court for the Northern District of California.

Upon consideration thereof,

IT IS ORDERED THAT:

Eli-Land Corporation is directed to respond no later than December 3, 2010.

FOR THE COURT

NOV 1 8 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: James P. Martin, Esq.
John J. Edmonds, Esq.
Clerk, United States District Court For The Eastern District Of Texas

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 8 2010

JAN HORBALY
CLERK